FILED
CLERK, U.S. DISTRICT COURT

NOV 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIXON JACKSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J.W. HARTLEY, Warden,<br><br>　　　　　Respondent. | NO. CV 08-3481-VBF(E)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _____Nov 7_____, 2008.

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE